

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-8-2005

# Garcia v. Plaza Oldsmobile

Precedential or Non-Precedential: Precedential

Docket No. 04-4332

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Garcia v. Plaza Oldsmobile" (2005). *2005 Decisions.* Paper 486.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/486

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

September 6, 2005

**No. 04-4332**

**Rudolfo E. Garcia; Maritza A. Espinal-Garcia**
**vs.**
**Plaza Oldsmobile, et al.**
**Plaza Oldsmobile , Ltd., a/k/a Plaza Toyota, Appellant**
**(Middle District of Pennsylvania (Scranton) Civil No.  03-cv-02404)**

**PRESENT:  ALITO, BECKER and GREENBERG, <u>Circuit Judges</u>.**

Letter dated 9/2/05 from Andrew D. Bigda, Esq., counsel for
Appellees, which the Court may wish to construe as a motion
to amend the opinion.

| | |
|---|---|
| | /s/ Carmella L. Wells, tyw |
| **Opinion filed 9/2/05** | Carmella L. Wells     267-299-4928 |
| **Mandate due to issue 9/26/05** | Case Manager |

**O R D E R**

**The foregoing motion is granted to the end that the attorney for the appellee is Andrew D. Bigda
rather than Andre D. Biga.**

**By the Court,**

/s/ Morton I. Greenberg
**Circuit Judge**

**Dated:**     September 8, 2005
tyw/clw/cc:  John J. McGrath, Esq.
            Andrew D. Bigda, Esq.